MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5054
FAX: (408) 408-5066
Timothy.Lucey@usdoj.gov

Attorneys for United States of America

**FILED**
JAN 10 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY BARREIRO, ET AL.,<br><br>    Defendants. | CASE NO.   CR 13 – 0636 LHK<br><br>UNITED STATES' MOTION TO UNSEAL INDICTMENT, WARRANTS, AND RELATED PAPERS; [PROPOSED] ORDER |

**MOTION TO UNSEAL**

For good cause shown, the United States hereby moves to unseal the warrants for arrest, the Indictment, and all related papers in the matter of *United States v. Barreiro,* CR 13 – 0636 LHK, in light of the Initial Appearance and Arraignment of defendant ANTHONY BARREIRO and defendant ERNEST RAY PARKER aka RAY PARKER GAYLORD aka RAY GAYLORD earlier today, January 10, 2014, in open court in the Northern District of Texas, Dallas Division, both defendants having been released on a bond and ordered to appear before this Court in San Jose, California, for further

////

////

proceedings on Thursday, January 16, 2014, at 8:30 a.m.

DATED: January 10, 2014

Respectfully Submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
TIMOTHY J. LUCEY
Assistant United States Attorney

## ORDER

For good cause shown, **IT IS ORDERED** that the warrants for arrest, the Indictment, and all related papers in the above-entitled action be unsealed forthwith.

DATED: 1.10.14

_____
HON. PAUL S. GREWAL
United States Magistrate Judge